In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-00313-CV


____________________



FREDERICK JOHN BRUNDRETTE, Appellant



V.



LINDA ANN ROSS, Appellee






On Appeal from the 9th District Court


Montgomery County, Texas


Trial Cause No. 08-03-02377-CV






 MEMORANDUM OPINION


 The appellant, Frederick John Brundrette, filed a motion to dismiss this appeal. The
motion is voluntarily made by the appellant prior to any decision of this Court. See Tex. R.
App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss
the appeal. 

 APPEAL DISMISSED.

 ____________________________

 HOLLIS HORTON

 Justice 


Opinion Delivered January 29, 2009

Before McKeithen, C.J., Gaultney and Horton, JJ.